No. 71–1293. FOERSTER *v.* UNITED STATES. C. A. 9th Cir. Reported below: 455 F. 2d 981; and

No. 72–5329. BOWEN *v.* UNITED STATES. C. A. 9th Cir. Reported below: 462 F. 2d 347. Motion of petitioner in No. 72–5329 for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments va-

916

cated, and cases remanded for further consideration in light of *Almeida-Sanchez* v. *United States, ante,* p. 266.